IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KEVIN DEEREN,

    Plaintiff,

  v.

Case No. 20-cv-508-bbc

RICHARD ANDERSON,
BRETT SEMINGSON,
HARLAN REINDERS, and
TREMPEALEAU COUNTY,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Richard Anderson, Brett Semingson, Harlan Reinders, and Trempealeau County against plaintiff Kevin Deeren dismissing this case.

| | |
|---|---|
| s/ K. Frederickson, Deputy Clerk | December 1, 2021 |
| Peter Oppeneer, Clerk of Court | Date |