# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

Kevin Deeren,

                    Plaintiff,

v.                                                    **NOTICE OF APPEAL**

Richard Anderson,
Brett Semingson,                                      **Case No. 20-cv-508**
Harlan Reinders and
Trempealeau County,

                    Defendants.

Notice is hereby given that Kevin Deeren, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order, and Judgment, entered on December 1, 2021, in favor of Defendants, Richard Anderson, Brett Semingson, Harlan Reinders and Trempealeau County, and against Kevin Deeren, granting Defendants' Motion for Summary Judgment and dismissal.

Dated: 12 / 29 / 21

                                        BAKKE NORMAN, S.C.

                                        By:
                                           Peter M. Reinhardt
                                           Attorney No. 1025187
                                           2919 Schneider Avenue SE, P.O. Box 280
                                           Menomonie, WI  54751-0280
                                           (715) 235-9016
                                           preinhardt@bakkenorman.com
                                           Attorneys for Kevin Deeren